```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 02400
   VINCENT GRAHAM
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8177


-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 02/02/2008 and was confirmed 03/26/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/03/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
ALLIED INTERSTATE        UNSECURED         NOT FILED          .00            .00
PRA RECEIVABLES MGMT     UNSECURED            421.77          .00            .00
MITCHELL N KAY           UNSECURED         NOT FILED          .00            .00
NICOR GAS                UNSECURED         NOT FILED          .00            .00
SUNRISE CREDIT           UNSECURED         NOT FILED          .00            .00
VINCENT GRAHAM           NOTICE ONLY       NOT FILED          .00            .00
CITY OF EVANSTON         SECURED              396.00          .00            .00
COOK COUNTY TREASURER    SECURED             3850.00          .00          30.00
OCWEN FEDERAL BANK       CURRENT MORTG          .00           .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY             291.81          .00            .00
OCWEN FEDERAL BANK       MORTGAGE ARRE         .00            .00            .00
INTERNAL REVENUE SERVICE PRIORITY          NOT FILED          .00            .00
ILLINOIS DEPT OF REVENUE UNSECURED             49.80          .00            .00
OCWEN LOAN SERVICING     MORTGAGE NOTI    NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY         2,813.00                     732.80
TOM VAUGHN               TRUSTEE                                           66.20
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS                DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                    829.00

PRIORITY                                                       .00
SECURED                                                      30.00
UNSECURED                                                      .00
ADMINISTRATIVE                                              732.80
TRUSTEE COMPENSATION                                         66.20
DEBTOR REFUND                                                  .00
                         ---------------         ---------------
TOTALS                      829.00                          829.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 02400 VINCENT GRAHAM
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE